UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN A. SCHNEIDER,<br><br>                Petitioner,<br>v.<br><br>RON HAYNES,<br><br>                Respondent. | CASE NO. C19-5812 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's federal habeas petition is **DISMISSED WITH PREJUDICE** as procedurally defaulted;

(3) A certificate of appealability is **DENIED**; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 24th day of March, 2020.

                                      BENJAMIN H. SETTLE
                                      United States District Judge